JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>            Plaintiff,<br><br>    v.<br><br>VENTURA BLVD CHICKEN,<br>INC., et al.,<br><br>            Defendants. | Case No.  CV 17-2635-GW(AGRx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

      Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

      IT IS SO ORDERED.

Dated: October 19, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE